IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>            Plaintiff<br><br>    VS.<br><br>HALE BURNSIDE, M.D., *et al.*,<br><br>            Defendants | NO. 5: 05-CV-115 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## ORDER VACATING RECOMMENDATION

On September 15, 2005, the undersigned filed a Recommendation that the above-captioned proceeding be dismissed because of the failure of plaintiff MICHAEL WILLIAMS to respond to the court's order of July 27, 2005, which required a response to a Motion to Dismiss (Tab #19) filed by the defendants. Tab #20. The sole basis for this Recommendation was the failure of plaintiff to respond; the merits of defendants' motion were not considered.

Plaintiff has filed an Objection to the Recommendation in which he avers that he did, in fact, file a response to the court's order and the defendants' motion. Tab #24. He has attached his response to his Objection.

In the interest of justice, therefore, the undersigned hereby **VACATES** the Recommendation heretofore entered (Tab #21) so that the merits of defendants' motion and plaintiff's response thereto may be considered.

SO ORDERED AND DIRECTED, this 4th day of OCTOBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE