THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MICHAEL WILLIAMS,** : | |
| : | |
| **Plaintiff,** : | |
| : | Civil Action |
| v. : | No. 5:05-cv-115 |
| : | |
| **DR. HALE BURNSIDE,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| _____ : | |

### *ORDER ON THE REPORT AND RECOMMENDATION*
### *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (Doc. 37) that the Defendants' Motions to Dismiss (Docs. 17-19) be granted. Plaintiff has entered his objections to the Recommendations. Having considered Plaintiff's objections and having investigated the matter *de novo*, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. In accordance with this Order, the instant case is hereby **DISMISSED**, with prejudice.

In addition, the following motions are **DISMISSED**, as moot: Plaintiff's Motion for Extension of Time to File Objections (Doc. 45); Plaintiff's Motions to Strike Motion to Dismiss (Docs. 48, 50); Plaintiff's Motion for Extension of Time to File Response to Motion to Dismiss (Doc. 49); and Plaintiff's Motion for Court to Provide Copies of Medical and

Mental Health Records (Doc. 53).  The following motions are hereby **DENIED**: Plaintiff's Motion to Appoint Counsel (Doc. 47); Plaintiff's Motion to Appoint Guardian Ad Litem (Doc. 52); and Plaintiff's Motion for Default Judgment (Doc. 55).

    **SO ORDERED**, this 21st day of December, 2005.

                      S/ C. Ashley Royal
                      C. ASHLEY ROYAL
                      UNITED STATES DISTRICT JUDGE

chw